1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| VALERIA RODRIGUEZ, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>KIK INTERNATIONAL LLC, a Limited Liability Company dba KIK CONSUMER PRODUCTS; MAGGIE AGUILAR, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No:  5:23−cv−1598 JGB (SHKx)<br><br>*[Removed from San Bernardino Superior Court Case No. CIVSB2303635]*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION**<br><br>Complaint Filed:   June 26, 2023<br>Trial Date:             Not Set. |

1

ORDER OF DISMISSAL WITH PREJUDICE OF ACTION

FP 48685427.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action as to each party and each cause of action. Each party shall bear its own costs and attorneys' fees.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated: November 13, 2023

Hon. Jesus G. Bernal
United States District Court Judge